**Order filed September 9, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00281-CV
_____

### SANDRA ST. JOHN, Appellant

### V.

### RAYMOND CRAIG HEARNE JUNIOR, Appellee

**On Appeal from the County Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 483017**

## O R D E R

The notice of appeal in this case was filed May 19, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **September 24, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the fee, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.